Thomas C. Lynch, Atty. Gen., Doris Maier, Asst. Atty. Gen., David Cunning-

ham, Deputy Atty. Gen., Sacramento, Cal., for respondents-appellees.

Before CHAMBERS, HAMLEY and DUNIWAY, Circuit Judges.

PER CURIAM.

The order of the district court denying habeas corpus relief on the state conviction of Gonsalves is affirmed.

The case was pre-Miranda, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694, but after Escobedo, 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed.2d 977. We find that the facts do not run afoul of Escobedo.

Under all of the facts of the case, we conclude the search to which Gonsalves objects was proper.

**UNITED STATES of America,**
**Appellee,**

**v.**

**Howard Ernest JAMES, Appellant.**

**No. 14098.**

United States Court of Appeals,
Fourth Circuit.

May 14, 1970.

W. Del Roy Harner, Parsons, W. Va., for appellant.

Paul C. Camilletti, U. S. Atty. for the Northern District of W. Va., for appellee.

Before HAYNSWORTH, Chief Judge, BUTZNER, Circuit Judge, and JONES, District Judge.

PER CURIAM.

Howard Ernest James appeals his conviction for interstate transportation of a stolen motor vehicle, 18 U.S.C. § 2312, challenging the sufficiency of the evidence. Upon our consideration of the briefs and the record, we find ample evidence to support the jury's verdict. Oral argument is unnecessary, and we grant the United States' motion for summary affirmance.

Affirmed.